```
ANDREW M. ZACKS (CA# 147794)
JAMES B. KRAUS  (CA# 184118)
ZACKS UTRECHT & LEADBETTER, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104
(415) 956-8100

Attorneys for Plaintiffs Ara Tehlirian,
Berg Tehlirian, ABT, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARA TEHLIRIAN<br>BERG TEHLIRIAN,<br>ABT, LLC, a California Limited<br>Liability Company,<br><br>            Plaintiffs,<br><br>      v.<br><br>CITY AND COUNTY OF SAN<br>FRANCISCO, a California municipal<br>corporation,<br><br>            Defendant. | ACTION NO: C 06-6807 PJH<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R.Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Date: February 28, 2007            ZACKS UTRECHT & LEADBETTER, P.C.

2/28/07

                                    By: _____
                                         James B. Kraus
                                         Attorneys for Plaintiffs

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1

Notice of Voluntary Dismissal